660

## BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSOCIATION v. Crules R. CHEEK, Trustee in Bankruptcy of the Estate of Charles Stone Florsheim, Bankrupt.

### No. 9441.

Circuit Court of Appeals, Ninth Circuit.

March 5, 1940.

Louis Ferrari, of San Francisco, Cal., and Edmund Nelson, G. L. Berrey, and Hugo A. Steinmeyer, all of Los Angeles, Cal., for appellant.

Daily & Gallaudet, of Glendale, Cal., for appellee.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal from the District Court, 24 F.Supp. 991, and petition for allowance of appeal heretofore filed in this court be, and each hereby is, dismissed, that a decree of dismissal be filed and entered accordingly, and mandate of this court issued forthwith.

## Robert BARBOUR, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

### No. 7204.

Circuit Court of Appeals, Third Circuit.

Jan. 19, 1940.

Writ of Certiorari Denied May 6, 1940.

See — U.S. —, 60 S.Ct. 976, 84 L.Ed. —.

Prew Savoy, of Washington, D. C. (John F. Evans and Winthrop Travell, of counsel), for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key and John A. Gage, Special Assts. to Atty. Gen., for respondent.

Before BIGGS, MARIS, and BIDDLE, Circuit Judges.

PER CURIAM.

The question involved in this case is identical with the second question involved in Weir v. Commissioner, 3 Cir., 109 P.2d 996, this day decided, and the facts of the two cases are indistinguishable in all material respects. Upon the authority of that case the decision of the Board of Tax Appeals is affirmed.

## BUNTING GLIDER CO., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

### No. 7305.

Circuit Court of Appeals, Third Circuit.

March 29, 1940.

George E. H. Goodner, of Washington, D. C., for petitioner.

John J. Pringle, Jr., Sp. Asst. to Atty. Gen., for respondent.

Before BIGGS, MARIS, and JONES, Circuit Judges.

PER CURIAM.

The decision of the Board of Tax Appeals is affirmed.